UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TIMBER HORSE, INCORPORATED,

        Plaintiff,

v.                              Case No. 08-C-0256

LINE-X FRANCHISE DEVELOPMENT
CORPORATION,

        Defendant.

## PROTECTIVE ORDER REGARDING
## CONFIDENTIAL DISCOVERY MATERIALS

WHEREAS, the parties to the action, via their respective counsel, have entered into a Stipulation for Entry of Protective Order for the Protection of Confidential Information, a copy of which is attached hereto; and

WHEREAS, the Court has reviewed said Stipulation for Entry of Protective Order for the Protection of Confidential Information and finds that good cause exists for the entry by this Court of a protective order pursuant to the provisions of Rules 26 and 37 of the Federal Rules of Civil Procedure and Rule 26.4 of the Civil Local Rules of the United States District Court for the Eastern District of Wisconsin;

NOW, THEREFORE, IT IS HEREBY ORDERED that the terms and provisions of the attached Stipulation for Entry of Protective Order for the Protection of Confidential Information are hereby adopted and entered as the Order of this Court.

Dated at Milwaukee, Wisconsin, this 30th day of September, 2008.

                              BY THE COURT:

                              s/ Rudolph T. Randa
                              The Honorable Rudolph T. Randa
                              United States District Court Judge